# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson** County and elsewhere | ☐ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name: Jeffrey T. Pachl
Alias Name:
Birthdate: 04/17/1962

**Related Case Information**
Superseding Indictment/Information ☐ Yes ☒ No  if yes, original case number _____
New Defendant ☒ Yes ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA Catherine A. Connelly

**Interpreter Needed**
☐ Yes    Language and/or dialect _____
☒ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required ☐ Yes ☒ No
Warrant Required ☐ Yes ☒ No

**U.S.C. Citations**
Total # of Counts    4

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:2252A.F/6300/4 | Activites Relating to Material Constituting or Containing Child Pornog | 1-4 |
| 2 | | | |
| 3 | | | |

Date  2/4/16                Signature of AUSA  /s/ Catherine A. Connelly